## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 02-10059 |
| WILLIE COSEY, ) | |
| Defendant. ) | |

## O R D E R

On March 10, 2008, Defendant filed a Motion for Retroactive Application of Sentencing Guidelines pursuant to §18 USC 3582 [Doc.#193]. That Motion is DENIED.

The Court finds the Defendant is ineligible for a reduction because he was sentenced for powder cocaine only. Under both the old and amended Drug Quantity Table, the Base Offense Level remains the same and accordingly the amendment does not change the Defendant's Guideline range or sentence.

Deputy Federal Defender's Motion to Withdraw as Counsel [Doc. #197] is GRANTED.

ENTERED this 2nd day of April, 2008.

s/ Michael M. Mihm
MICHAEL M. MIHM
United States District Judge